United States Courts
Southern District of Texas
FILED

**OCT 2 2 1998**   HC

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLIAN HAYDEN, et al | § | CASE NUMBER H-92-CV-1054 |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| ATOCHEM NORTH AMERICA, INC. | § | |
| et al. | § | |
| Defendants | § | |

**RESPONSE AND OBJECTIONS OF DAWN EPPERS, RAYMOND EPPERS,
SUSAN GARCIA, ROY GARCIA, DONNA CRUMBLEY AND
D. LARRY CRUMBLEY TO RESTATED CLASS DEFINITION**

Dawn Eppers, Raymond Eppers, Susan Garcia, Roy Garcia, Donna Crumbley and D. Larry

Crumbley, Objectors, make and file their Response and Objections to Restated Class Definition

("Objection") and state the following.

1.      Objectors were not provided a copy of any "restated class definition." Objectors

received a letter dated October 16, 1998, a true and correct copy of which is attached hereto as

Exhibit "A", but no "restated class definition" was provided with the letter and none was otherwise

served on Objectors' counsel. Objectors' counsel contacted counsel for Defendants to request a copy

of the "restated class definition" on October 22, 1998. As of the filing of this Objection, a copy had

not been received. As a result, Objectors cannot do anything other than adopt their objections filed on

April 10, 1996, and restate those objections which are incorporated herein by reference.

2.      Additionally, Objectors join in the objections filed by any other party to the extent

applicable to their claims. Objectors are property damage claimants. Objectors object to any "non-opt

out" provisions included in any class certification or definition which would be applicable to them. At

this point, Objectors cannot make further comment on or objection to any "restated class definition"

and, accordingly, reserve the right to make further comment on or objection to such definition if, as

*897*

and when one is provided to their counsel.

Objectors respectfully request that the Court sustain their objections and grant them such other relief, both general and special, in equity and at law, to which they may show themselves justly entitled.

Respectfully submitted,

KYLE R. SEARS, P.C.
6363 Woodway, Suite 965
Houston, Texas 77057
Telephone: (713) 785-4044
Facsimile: (713) 781-4099

By

Kyle R. Sears
State Bar No. 17959800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by United States mail, to the following parties on this the 22nd day of October, 1998.

Mr. Kelvin Adams
Adams, Brantley, Holt
& Sanders, P.C.
Attorney at Law
2700 East Bypass 6, Suite 4400
College Station, Texas 77845

Mr. Jerry Galow
Whitehurst, Harkness, Watson,
London, Ozmuun & Galow
Attorneys at Law
1122 Colorado Street
24th Floor
Austin, Texas 78701

Knox D. Nunnaly
Vinson & Elkins L.L.P.
2300 First City Tower
1001 Fannin
Houston, Texas 77002

Mr. Michael P. Cash
Cash, Jones & Sporinghetti
Attorney at Law
6710 Texas Commerce Tower
Houston, Texas 77002

Ms. Pamela M. Giblin
Mr. Derek R. McDonald
Baker & Botts, L.L.P.
Attorneys at Law
1600 San Jacinto Center
98 San Jacinto Blvd.
Austin, Texas 78701

18222

Dennis C. Reich
Reich and Binstock
Texas Commerce Bank-River Oaks
4265 San Felipe, Suite 1000
Houston, Texas 77027

Stephanie Shapiro
Elaine Watson  Bryan, Texas 77802
Shapiro & Watson L.L.P.
1911 Southwest Freeway
Houston, Texas 77098

Mr. Robert B. Waltman
Waltman & Grisham
Attorney at Law
3833 S. Texas Avenue, Suite 150
Bryan, Texas 77802

Arthur H. Bryan
Leslie A. Brueckner
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W., Suite 800
Washington, D.C. 20036

Juan Angel Guerra
Attorney at Law
305 West Hidalgo
Raymondville, Texas 78580

Howard B. Klein
Attorney at Law
1200 Four Penn Center Plaza
Philadelphia, PA 19103

Thomas Joseph Liebowitz
John P. Liebowitz
Leibowitz & Leibowitz
10555 Northwest Freeway, Suite 261
Houston, Texas 77092

Mr. Robert Sauseda
and the Sauseda Family
1208 Lucky Street
Bryan, Texas 77805

Mr. William Steven Steele
Davis & Davis
Attorney at Law
3000 Briarcrest Drive, 6th Floor

Steve Baughman
Baron & Budd
3102 Oak Lawn Avenue
The Centrum, Suite 1100
Dallas, Texas 75219

W. Lawrence Gray
3100 S. Gessner, Suite 600
Houston, Texas 77063

Lee Hamel
Lee Hamel & Associates
333 Clay Street, Suite 777
Houston, Texas 77002

David Leibowitz
Leibowtiz Law Firm
454 Soledad St., 2nd Floor
San Antonio, Texas 78205

Roger M. Milgrim
Paul, Hastings, Janofsky
& Walker
399 Park Avenue
New York, NY 10002-4697

18221

M.A. Mickey Mills
Schlanger, Mills, Mayer & Grossberg
5847 San Felipe
Suite 1700
Houston, Texas 77057

William G. Rosch, III
Rosch & Ross
707 Travis Street, Suite 2100
Houston, Texas 77002

Newton Boris Schwartz
Attorney at Law
1911 S. W. Frwy.
Houston, Texas 77098

Michael David Sydow
Sydow & McDonald
1111 Bagby Street
Houston, Texas 77002-2546

Gordon Speights Young
U.S. Attorneys Office
P.O. Box 61129
Houston, Texas 77208

Edgar A. Goldberg
600 Travis, Suite 6200
Houston, Texas  77002

Wendell A. Odom, Jr.
Schaffer Lambright Odom
& Sparks
1301 McKinney St, Suite 3100
Houston, Texas 77010

Samuel D. Rosen
Paul, Hastings, Janofsky
& Walker
399 Park Avenue
New York, NY 10022-4697

Lucinda A. Sikes
Allison Zieve
Public Citizen Litigation
1600 20th Street, N.W.
Washington, D.C. 20009

Alfred Roland Valdez
Berger & Valdez
723 Main Street, Suite 312
Houston, Texas 77002

George M. Bishop
Bishop, Peterson & Sharp
3000 Smith
Houston, Texas  77006

Kyle R. Sears

96012\OBJECTIONS.1

18220

# Vinson & Elkins

### ATTORNEYS AT LAW

VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
**HOUSTON, TEXAS 77002-6760**
TELEPHONE (713) 758-2222
FAX (713) 758-2346

RECEIVED OCT 19 1998

WRITER'S TELEPHONE

(713)758-2416

WRITER'S FAX

(713)615-5220

October 16, 1998

The Honorable Lynn N. Hughes
United States District Judge
Southern District of Texas, Houston Division
United States District Court
for the Southern District of Texas
515 Rusk
Houston, Texas  77208

**VIA MESSENGER**

> Re:   C.A. No. H-92-1054; *Lillian Hayden, et al. v. Atochem North America, Inc., et al.*;
> In the United States District Court for the Southern District of Texas, Houston
> Division

Dear Judge Hughes:

Defendants in the above referenced case are filing jointly with class counsel today a final "re-stated" class definition in response to the Court's order dated September 24, 1998 (Docket Entry No. 891).  Under separate cover, Defendants will also file next week a memorandum in support of the class certification.

Very truly yours,

Vinson & Elkins L.L.P.

Knox Nunnally
Counsel for Defendants

cc:   Mr. Michael N. Milby, Clerk
U.S. Courthouse
515 Rusk Avenue
Houston, Texas 77208

Counsel of Record

**EXHIBIT**

A

HOUSTON     DALLAS     WASHINGTON, D.C.     AUSTIN     MOSCOW     LONDON     SINGAPORE

18219