**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

Hayden

versus

Atochem

§
§
§
§
§
§

CIVIL ACTION  H- 92-1054

### CONFERENCE MEMORANDUM

*Appearances.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 31 2001

Michael N. Milby, Clerk of Court

Counsel:                                   Representing:

Dana Kirk                                  Plaintiff
Sloane Underwood                           Guardian Ad Litem
    Kim & Ethan Swize —                    Plaintiffs
William Hagen

Kevin Sutherland                           Dept

Date: 1-30-01                              Reporter: ___

At the conference, these rulings were made:

1. Terms of settlement discussed.

2. The settlement money must be wired and received no later than 2:00 p.m. on February 2, 2001.

988

*conf.memo.*
*in chambers*

_____

_____

_____

_____

_____

_____

☐   Trial preparation to be completed by: _____

☐   All motions not expressly decided are denied without prejudice.

*Scheduling*:

☐   Review deadline   _____

☐   A scheduling order is in effect.

☐   Counsel are to complete and return a scheduling order by:

_____

☐   A pretrial conference   ☐   A hearing

is set for: _____ at _____

*Trial*:

☐   Jury      Estimated days to try (at 5.5 hours per day): _____

☐   Bench

☐   Trial set: _____ Time: _____

Joint PTO due: _____

File this memorandum and enter rulings.

Lynn N. Hughes
United States District Judge