IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 1 5 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| LILLIAN HAYDEN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| ATOCHEM NORTH AMERICA, INC., § | C.A. NO. H-92-1054 |
| ELF AQUITAINE, INC., ELF § | |
| ATOCHEM NORTH AMERICA, INC., § | |
| and PENNWALT CORPORATION, § | |
| name changed to ELF ATOCHEM § | |
| NORTH AMERICA, INC., § | |
| § | |
| Defendants. § | |

The settlement awards, the settlement structures, and the attorney fees proposed at Exhibit A and the Uniform Qualified Assignment and Release and the Structure Settlement Agreement and Release at Exhibit C are approved and the Settlement Administrator is given authority to assign it's obligations to Hartford CEBSCO.

SIGNED: _April 14_____, 2003 at Houston, Texas.

Lynn N. Hughes
United States District ~~Court~~ Judge

1063

6

EXHIBIT A

| Last Name, First Name | D.O.B | Address | Social Security Number | Gross Award | Attorney Fees | Net Award | Net to Special Needs Trust | Special Needs Trust Provider | Net to Structure |
|---|---|---|---|---|---|---|---|---|---|
| Bickley, Britney | 10/6/1988 | P.O. Box 851, Wortham, TX 76693 | 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 | $500,000 | $0 | $500,000 | $250,000 | Financial Services of the Southwest | $250,000 |
| Cagle, Matthew | 10/23/1985 | 1003 Antoine, Bryan, TX 77803 | 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 | $500,000 | *$50,000 | $450,000 | $165,000 | Financial Services of the Southwest | $285,000 |
| Chester, Richard | 7/9/1985 | 6916 FM 1179, Bryan, TX 77808 | 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 | $300,000 | *$30,000 | $270,000 | $270,000 | Financial Services of the Southwest | $0 |
| Conley, Brandon | 11/13/1989 | 715 Oak West Drive, Houston, TX 77073 | 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 | $500,000 | $0 | $500,000 | $500,000 | Financial Services of the Southwest | $0 |
| Correa Jr., Antonio | 7/14/1984 | 1503 Vincent Street, Bryan, TX 77807 | 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 | $100,000 | $0 | $100,000 | $25,000 | Financial Services of the Southwest | $75,000 |
| Delgado, Amanda | 12/5/1991 | 1012 Baker St., Bryan, TX 77803 | 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 | $300,000 | *$30,000 | $270,000 | $101,250 | Financial Services of the Southwest | $168,750 |
| Garrett, Kyle | 10/4/1990 | 3108 Green St., Bryan, TX 77801 | 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 | $500,000 | *$50,000 | $450,000 | $0 | | $450,000 |
| Hernandez, Tamara | 2/16/1986 | 3401 Treasure Hills Blvd., Harlingen, TX 78550 | 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 | $400,000 | *$40,000 | $360,000 | $150,000 | Financial Services of the Southwest | $210,000 |
| LeClaire, Brooke | 4/22/1991 | 5402 Village Springs Dr., Kingwood, TX 77339 | 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 | $300,000 | *$30,000 | $270,000 | $70,000 | Arc of Texas | $200,000 |
| Medina, Jr., Jose | 3/20/1986 | 1008 North Sims, Bryan, TX 77803 | 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 | $500,000 | $0 | $500,000 | $125,000 | Financial Services of the Southwest | $375,000 |
| Moore, Ry Dezane | 2/21/1995 | 1405 East 23rd St., Bryan, TX 77803 | 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 | $500,000 | $0 | $500,000 | $300,000 | Financial Services of the Southwest | $200,000 |
| Romero, Haley | 2/7/1996 | 800 Jenkins St., Bryan, TX 77803 | 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 | $100,000 | $0 | $100,000 | $25,000 | Arc of Texas | $75,000 |
| Sherry, Lori | 2/20/1978 | 5811 Echo Way, San Antonio, TX | 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 | $500,000 | *125,000 | $375,000 | $75,000 | Arc of Texas | $300,000 |
| TOTAL: | | | | $5,000,000 | $355,000 | $4,645,000 | $2,056,250 | | $2,588,750 |

* $50,000.00 to be made payable to William Steven Steele pursuant to Court Order.
* $30,000.00 to be made payable to Steven Herskowitz pursuant to Court Order.
* $30,000.00 to be made payable to Lane D. Thibodeaux pursuant to Court Order.
* $50,000.00 to be made payable to William Steven Steele pursuant to Court Order.
* $40,000.00 to be made payable to Daniel Hernandez pursuant to Court Order.
* $30,000.00 to be made payable to William Steven Steele pursuant to Court Order.
* $125,000.00 to be made payable to William Steven Steele pursuant to Court Order.

Exhibit A Page 1

10:38 AM 1/30/2003