7-6-05
H 92 cv 1054

Dear Judge Hughes

Brain Wolfman stated in Docket 959, that former objectors where to get settlement. I am not able to find where any one recieved the settlement indicated.

Gloria Lifner
2109 Langford
College Station
Texas 77840

United States District Court
Southern District of Texas
Filed

JUN 0 7 2005

Michael N. Milby, Clerk

Please file & enter.
L·N·H



# REICH & BINSTOCK, LLP
A Partnership Including Professional Corporations
## Attorneys at Law

4265 San Felipe, Suite #1000
Houston, TX 77027

Phone: 713-622-7271
Fax: 713-623-8724

Dennis C. Reich*+
Robert J. Binstock*#

* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization
+ Admitted to the Bar of California
# Certified Civil Trial Advocacy by the
National Board of Trial Advocacy

Shari A. Wright
Linda L. Laurent
Paul T. Warner
Michael T. Howell
Michael C. Watson
Laurel A. Agris
Michelle W. Wan

Debra Brewer Hayes
Of Counsel

January 3, 2005

The Lefner Family
2109 Langford St
College Station, TX 77840-4835

Dear Clients;

By way of reintroduction, our law firm represented members of your family in your lawsuit against Elf-Atochem. In addition to contamination cases, we have a long-standing expertise in lawsuits involving defective drugs.

As you probably know from news reports, the pain medication VIOXX® has recently been taken off the market because of its tendency to cause heart attacks and strokes. If you or a loved one has suffered a heart attack or stroke while taking VIOXX®, we would be honored to have the opportunity to once again represent you.

To discuss your VIOXX® lawsuit, please fill out and mail the enclosed response card. We will have a lawyer contact you as soon as we receive it.

For additional information, please visit our website at www.reichandbinstock.com or call 800-622-7271 and ask for attorney Shari Wright.

Best wishes for a safe and happy new year.

Sincerely,

REICH & BINSTOCK

Dennis C. Reich

VIOXX is a registered trademark of Merck & Co., Inc



Gloria Lefner
2109 Langford St.
College Sta, TX 77840

Lynn Hughes
United State District Judge
515 Rusk Avenue
Houston Texas 77002

# VIOXX® RESPONSE FORM

**NAME**: First / Middle / Last / Jr/Sr.

**HOME**: Address / Apt / City / State / Zip

**MAIL**

**PHONE**: Home / Work / Cell / Other

**Language**: English / Spanish Only

Have you or a loved one experienced a heart attack or stroke at any time while taking VIOXX®?    YES / NO

Are you interested in being contacted by us concerning representation by our law firm? (There is no cost to you for us to discuss representation.)    YES / NO

December 29, 2004 • Confidential Attorney Work Product of the Law Offices of Reich & Binstock, LLP • ©2004 LitServ - Litigation Support Services



# REICH & BINSTOCK
*A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*

**ATTORNEYS AT LAW**
TEXAS COMMERCE BANK-RIVER OAKS
4265 SAN FELIPE - SUITE 1000
HOUSTON, TEXAS 77027

RETURN SERVICE REQUESTED

## IMPORTANT INFORMATION FROM YOUR ATTORNEYS
## PLEASE OPEN IMMEDIATELY



PRESORTED
FIRST CLASS

JAN 11 '05

0.27