United States District Court
Southern District of Texas
*Filed*

UNITED STATES DISTRICT COURT    H92-1054    FEB 6. 2006    FEB 0 8 2006
HOUSTON DIVISION
POST OFFICE BOX 61010
HOUSTON, TX 77208

Michael N. Milby, Clerk

CLERK U.S. DISTRICT COURT
DONNA KELLY .

WHAT I WOULD LIKE TO KNOW ABOUT IS THE 10 MILLION DOLLARS JUDGE HUGHES TOOK AWAY FROM THE CLASS ACTION H 92 –1054 IN 1999. BRAIN WOLFMAN REFERRED TO IT IN HIS DOCKET 959. HE STATES THAT A HANDFUL OF FORMER OBJECTORS, PAGE 9, WERE TO GET THE 10 MILLION. MY QUESTION IS WHERE DID IT GO? OR WHEN WILL IT BE DISTRIBUTED?

*Gloria Lefner*

GLORIA LEFNER
2109 LANGFORD
COLLEGE STATION, TX 77840

Please file & enter.
L·N·H
USDJ
                D.K.