

United States Courts
Southern District of Texas
FILED
AUG 0 5 2002
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILLIAN HAYDEN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| ATOCHEM NORTH AMERICA, INC., § | C.A. NO. H-92-1054 |
| ELF AQUITAINE, INC., ELF § | |
| ATOCHEM NORTH AMERICA, INC., § | |
| and PENNWALT CORPORATION, § | |
| name changed to ELF ATOCHEM § | |
| NORTH AMERICA, INC., § | |
| § | |
| Defendants. § | |

## SETTLEMENT ADMINISTRATOR'S REQUEST FOR JUDICIAL APPROVAL OF MEDICAL MONITORING PROGRAM

In accordance with the Stipulation of Settlement entered into among the Class, Public Citizen and the Defendants on October 30, 2000, a medical monitoring program which provides diagnostic testing to affected class members has been developed and is submitted to this Honorable Court for approval.

### INTRODUCTION

Of the 12,657 claimants in Sub-Class B, (people exposed to chemicals) 339 elected to receive medical testing in lieu of a cash settlement. The medical monitoring participants are geographically dispersed in seventeen (17) states: Texas, Tennessee, New Hampshire, California, Missouri, Louisiana, Colorado, Ohio, Illinois, Florida, Nevada, Arkansas, New Mexico, New York, North Carolina, Minnesota and Virginia. Two million dollars was set aside to pay for the cost of the medical monitoring program.

## THE MEDICAL MONITORING PROTOCOL

### Credentials Of The Public Health Specialists

Two leading public health specialists, Dr. Sandra Mohr, M.D., M.P.H., and Dr. Stuart Shalat, Sc.D.,, were selected to author the medical monitoring protocol (Attachment A) and oversee the program.

### Collection, Reporting And Dissemination Of Data

Dr. Mohr and Dr. Shalat will work with the provider clinic to collect the findings from each participants' medical exams and share that information with the individual. The doctors will also make statistics about the findings available to the scientific community to aid researchers in studying the effects of exposure to arsenic and other chemicals on a population.

### Privacy Of Participants Will Be Protected

Participating claimants will be asked to give their consent to release information about their medical testing. No claimants' names will appear in any reports provided to scientific researchers and their privacy will be respected. Consent to release information about the medical tests provided is not a precondition of testing.

### Examinations And Laboratory Tests

Three examinations will be performed over the course of five years and will investigate each claimants' (1) current health (2) personal history (3) medical history (4) reproductive history (5) mental history (6) ears (7) eyes (8) nose (9) abdomen (10) spleen (11) rectum (for claimants over 40) (12) extremities (13) skin (14) lymph nodes

(15) heart (16) lungs (17) liver (18) genitals, for men only (19) nerves (20) mental status (21) blood (22) urine (23) feces.

## THE TESTING FACILITY

Dr. William G. Gaines, Jr., M.D., MPH, has been selected to conduct the medical testing set forth in the medical monitoring protocol. (Attachment A). Dr. Gaines is Chairman of the Department of Occupational and Environmental Medicine. Dr. Gaines enjoys a good working relationship with Dr. Shalat, co-author of the medical monitoring protocol, and will continue that relationship to complete the medical monitoring. Dr. Gaines has identified members of his staff who will work with him including pediatricians, social service advisors, physician assistants and administrative staff. (Attachment B) Spanish speaking staff will be available to serve the medical monitoring participants. The facility is the Scott & White Clinic, 1600 University Drive East, College Station, Texas 77840.

## TRAVEL OPTIONS

Due to the relatively small number of monitoring participants, creating a site-specific protocol for the monitoring examinations to be performed in claimants' hometowns was less feasible from a cost standpoint than requesting claimants to travel to a central location. For that reason, it is proposed that each participant who resides greater than 100 miles, but less than 500 miles of Bryan, Texas and elects to travel by automobile to Bryan for medical testing will be provided a stipend of $250 for each medical exam to cover meals and hotel. In addition, mileage at a rate of .34 cents per mile will also be provided to the traveling participant. Participants who reside more than 500 miles from

Bryan, Texas and who choose to travel for their exams will be provided up to $500 for air travel, along with an additional $250 for meals and lodging.

## SETTLEMENT ADMINISTRATOR'S CONTINUING OBLIGATIONS

The medical monitoring component of the Settlement comprises three separate medical examinations to be administered to participants over the course of five years. In addition to establishing the initial program, the Settlement Administrator is obligated to facilitate communications between the medical provider clinic and claimants; facilitate the retention of the medical data collected; make necessary reimbursements and distributions from the medical monitoring fund; notify claimants of their upcoming medical examinations; schedule the examinations and interface with Scott & White clinic and Doctors Mohr and Shalat to collect and retain the data derived from the group of those monitored. This responsibility continues for five years.

## COST ESTIMATE

The medical monitoring fund of two million dollars has been incurring its pro rata share of attorney fees, costs and expenses associated with the settlement administration, in accordance with the Settlement Agreement and Protocol. Some expenditures have been made to send notices and information to claimants in both English and Spanish, collect responses, and remunerate the physicians who have developed the medical monitoring protocol.

The current fund balance is $1,272,532.67. Future projected costs follow.

| | |
|---|---|
| Scott & White Clinic | $454,000 |
| Fees, Dr. Shalat & Dr. Mohr | $238,100 |
| Travel for participants | $32,677.08 |

4

Projected Total Future Cost: $737,777.08

**PROPOSAL FOR DISPOSITION OF FUND REMAINDER**

Some unforeseen expenses are likely to be incurred, but it is also anticipated that an amount ranging between $400,000 and $500,000 of the original two million dollars set aside for the cost of the medical monitoring program will remain. Leave of the Court is requested for the Settlement Administrator to use discretion in allocating any fund remainder to one or more of the sub-classes of claimants, particularly those who are most seriously affected by exposure to chemicals.

Respectfully submitted,

Timothy J. Crowley
Crowley Douglas & Norman LLP
Settlement Administrator
State Bar No. 05170700
3500 Chevron Tower
1301 McKinney
Houston, Texas 77010
Telephone: (713) 651-1771
Facsimile: (713) 651-1775

## CERTFICATE OF SERVICE

I, do hereby certify that on this the ___8___ day of August, 2002, true and correct copies of the above and foregoing instruments have been duly forwarded to the following parties and/or counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
Timothy J. Crowley

Ms. Elaine Watson
2825 Wilcrest, Suite 620
Houston, Texas 77042

Mr. Newton Schwartz
1911 Southwest Freeway
Houston, Texas 77098

Mr. Dennis Reich
4265 San Felipe
Suite 1000
Houston, Texas 77027

Mr. Steven Steele
Davis & Davis
3000 Briarcrest Dr.
Suite 602
Bryan, Texas 77805-2712

Mr. Lane Thibodeaux
38 North Washington
P.O. Box 523
Bryan, Texas 77806

Mr. Brian Wolfman
Ms. Amanda Frost
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009-1001

Mr. Knox Nunnally
Vinson & Elkins
2300 First City Tower
1001 Fannin, Suite 3015
Houston, Texas 77002-6760

Mr. Kevin Van Wart
Mr. Rick Godfrey
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Mr. Philip Banks
500 E. 29th. St.
Bryan, Texas 77802

Mr. Tyler Moore
1215 Villa Maria Road E.
P.O. Box 4227
Bryan, Texas 77805-4227

6