| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| LILLIAN HAYDEN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| *versus* § | CIVIL ACTION H-92-1054 |
| § | |
| ATOCHEM NORTH AMERICA, INC., *et al.*, § | |
| § | |
| Defendants. § | |

# Order

1. The medical monitoring program submitted by the settlement administrator is approved (1050).

2. The court will decide later what to do with the remainder of the medical monitoring fund.

Signed August 9, 2002, at Houston, Texas.

Lynn N. Hughes
United States District Judge



#1051