UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Lillian Hayden, et al., §
§
       Plaintiffs, §
§
versus §     Civil Action 4:92-1054
§
Atochem North America, Inc., et al., §
§
       Defendants. §

## Stipulated Order on Administration

1. The settlement administrator, Timothy J. Crowley, is authorized to:

   A. Withdraw $150,000 from the settlement fund to compensate him for additional work through the closing of the administration;

   B. Withdraw $2,040 from the settlement fund to be paid to Public Citizen as attorney's fees;

   C. Withdraw up to $25,000 to pay a contractor to assist him in finding those whose settlement checks have not been cashed;

   D. Work further within reason to find those entitled to uncashed checks;

   E. Submit funds for checks that have still not be cashed after July 1, 2009, to the unclaimed money fund for Texas; and

   F. Solicit comments on the November 3, 2008, *Final Report for Medical Monitoring Program for the Atochem Class Population* from the parties, revise it, summarize it, and mail the summary and post the report on the Internet via the Public Citizen website.

2. By March 1, 2009, the settlement administrator and parties are directed to submit proposals and evidence for them about the distribution of the remaining settlement funds. Afterwards, the court will order the final distribution of these funds.

3.  On the conclusion of these items, the administrator will take all measures to terminate the settlement fund and store documents related to it through the end of 2010, and then destroy the documents, unless ordered otherwise by the court.

Signed on December 19, 2008, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge