## CROWLEY NORMAN LLP ATTORNEYS AT LAW

MELINDA BARNES
MBARNES@CROWLEYNORMAN.COM

THREE RIVERWAY
SUITE 1775
HOUSTON, TX 77056

TEL: 713.651.1771
FAX: 713.651.1775
WWW.CROWLEYNORMAN.COM

November 19, 2009

Ms. Cathy Carnew
Case Manager
515 Rusk Avenue
Room 5300
Houston, Texas 77002-2605

    RE:    Cause No. H-92-1054; *Lillian Hayden, et. al. v. Atochem North America, Inc.*; In the United States District Court for the Southern District of Texas, Houston Division.

Dear Cathy:

    In connection with the above referenced matter, the *Settlement Administrator's Status Report and Motion Regarding November 24th Deadline* was filed yesterday. Since the deadline is next week and the docket date is December 8th, I am writing to see if we can expedite a ruling on this matter. I have enclosed a courtesy copy of the filing for the Court with this letter.

    Thank you for your attention to this matter. If you have any questions or need further information, please contact me at (713) 651-1771.

                                Sincerely,

                              ***CROWLEY NORMAN LLP***

                              Melinda Barnes,
                              Paralegal

/mb

Enclosure