UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Lillian Hayden, et al.                §
                                      §
versus                                §          Civil Action 9·92·1054
                                      §
Atochem North America,                §
                          et al.      §

## Conference Memorandum

Counsel:                                         Representing:
Tim Crowley                                       Settlement Advisor
Lewis Sutherland                                  Defendants
Newton Schwartz                                   Plaintiffs
Stephanie Shapiro
Gloria & Ed Lefner                               Plaintiffs themselves

Date: 12/3/09                                     Reporter: _____

Started: 3:05 p.m.                               Ended: 4:10 p.m.

At the conference, these rulings were made:

By January 29, 2010, Mr. Crowley must submit a report on
the status of the checks. By December 24, 2009, Atochem
will submit additional proposals for the remaining funds

☐ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☐ A pretrial conference is set for: _____ on _____, 200__.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for : _____ on _____, 200__.
   ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☑ Internal review deadline         Feb. 1, 2010 _____, 200__.


                                              Lynn N. Hughes
                                         United States District Judge