IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLIAN HAYDEN, ET AL<br>PLAINTIFFS | § § § | |
| v. | § | C.A. H-92-1054 |
| ATOCHEM NORTH AMERICA INC.,<br>ET AL.<br>DEFENDANTS | § § § § § | |

**SECOND SUPPLEMENTAL NOTICE OF COMPLIANCE—STATUS REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Newton B. Schwartz, Sr. (hereinafter NBS) and files this his Supplemental Notice of Compliance per Honorable Judge Lynn Hughes' order of December 23, 2009:

NBS submits the attached memorandum in response to Honorable Judge Lynn Hughes' Order:

1. December 24, 2009, correspondence letter to Timothy J. Crowley (Settlement Administrator), Dennis Reich and Stephenie Shapiro; (Exhibit "A")

                      Respectfully submitted,

                      /s/ Newton B. Schwartz, Sr.
                      TBN: 17869000
                      Fed I.D.: 5080

1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing instruments have been duly forwarded to all known parties in accordance with the Federal Rules of Civil Procedure on this 24th day of December, 2009.

                                              /s/ Newton B. Schwartz, Sr.

| | |
|---|---|
| Timothy J. Crowley<br>Settlement Administrator<br>Three Riverway, Suite 1775<br>Houston, Texas 77056 | VIA FAX (713) 651-1775 |
| Elaine Watson<br>9595 R.R. 12, Suite 1<br>Wimberly, Texas 78676 | VIA FAX (512) 847-7739 |
| Dennis Reich<br>Reich & Binstock<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027 | VIA FAX (713) 623-8724 |
| W. Tyler Moore<br>450 Gears Road, Eighth Floor<br>Houston, Texas 77067 | VIA FAX (281) 875-4962 |
| Lewis Sutherland<br>Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin, Suite 3015<br>Houston, Texas 77002 | VIA FAX (713) 615-5220 |
| Steven Steel e<br>Davis & Davis<br>P. O. Box 3610<br>Bryan, Texas 77805 | VIA FAX (979) 776-2712 |
| Lane Thibodeaux<br>Attorney at Law | VIA FAX (979) 822-1979 |

P. O. Box 523
Bryan, Texas 77806

Allison Zieve  VIA U. S. REGULAR MAIL
Director, Litigation Department
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009

Stephenie E. Shapiro  VIA FAX (713) 528-4888
Attorney at Law
3303 Main Street, Suite 305
Houston, Texas 77002