UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Lillian Hayden, *et al.*, | ) |
| Plaintiffs, | ) |
| *versus* | ) |
| Atochem North America Inc., *et al.*, | ) C.A. No. H-92-1054 |
| Defendants. | ) |

### [Proposed] Order on Motion for Stay

Class Member-Objector Ralph Klier's motion for stay is GRANTED. The Court's order of April 8, 2010 (Doc. 1138) stating that the excess funds will not be disbursed to charities until May 3, 2010 is stayed pending the completion of appeal.

Signed on April 21, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge