UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LILLIAN HAYDEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ATOCHEM NORTH AMERICA, INC., ) | C.A. No. H-92-1054 |
| ELF AQUITAINE, INC., ELF ATOCHEM ) | |
| NORTH AMERICA, INC., and ) | |
| PENNWALT CORPORATION, name ) | |
| changed to ELF ATOCHEM NORTH ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

### [Proposed] Order Granting Application for Reimbursement of Litigation Expenses to Counsel for Ralph Klier

Counsel's application for reimbursement of litigation expenses is GRANTED.

The Settlement Administrator, Timothy J. Crowley, shall make the following payments to counsel for Ralph Klier:

- Allen Stewart, P.C. – $316.91

- Institute for Public Representation, Georgetown University Law Center – $554.52


Signed on March 20, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

1